■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK TROTMAN, Appellant. [65 NYS3d 822]—Motion for reargument and reconsideration denied. Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Winslow, JJ.

■ TAG MECHANICAL SYSTEMS, INC., Respondent, v DWORKIN CONSTRUCTION CORP. (USA), Appellant. [65 NYS3d 822]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Centra, Lindley and NeMoyer, JJ.